AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 23-MJ-438-MTS |
| | ) | |
| | ) | **FILED UNDER SEAL** |
| CARL DUANE COFFEY | ) | |
| *Defendant(s)* | | |

FILED AUG 11 2023
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of April 27, 2023; May 24, 2023; July 26, 2023 in the county of Rogers and Mayes in the Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846 and 841(b)(1)(A)(vi) | Drug Conspiracy |
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi) | Distribution of Fentanyl |
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) | Distribution of Methamphetamine |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Zach Balser, FBI
*Printed name and title*

Sworn to before me by phone.

Date: 8-11-2023

_____
*Judge's signature*

City and state: Tulsa, OK      Mark T. Steele, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT IN THE NORTHERN DISTRICT OF OKLAHOMA

I, Zach Balser, Special Agent, Federal Bureau of Investigation, being duly sworn, deposes and states as follows below.

1. I am a federal law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request an arrest warrant. I have been a been a Special Agent with the Federal Bureau of Investigation ("FBI") since September 2022. I am presently assigned to the Oklahoma City Field Office, Tulsa Resident Agency where I am assigned to the Safe Streets Task Force (SSTF), which is responsible for investigating street gangs and drug-related offenses. I have received formalized training and I have participated in many aspects of criminal investigations including the use of wire and electronic interceptions and other types of electronic surveillance, physical surveillance, undercover investigations, confidential informants, cooperating witnesses, controlled purchases of illegal drugs, consensually monitored recordings, investigative interviews, investigations, administrative and grand jury subpoenas, and search and arrest warrants. During my career, my investigations have included the use of various surveillance techniques and the execution of various search, seizure, and arrest warrants.

2. The information contained in this Affidavit in support of an arrest warrant for **CARL DUANE COFFEY** based on law enforcements encounters and investigations. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from witnesses, agents, and other law enforcement officers. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 21 U.S.C. §§ 846 and 841(b)(1)(A)(vi), Drug Conspiracy; 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vi), Distribution of Fentanyl; and U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii)– Distribution of Methamphetamine have been committed by COFFEY.

## Probable Cause

3. On or about April 27, 2023, an undercover FBI Special Agent purchased approximately one kilogram of methamphetamine, 1,000 fentanyl pills, and two AR-15 rifles from COFFEY and a co-conspirator, after arranging the purchase through another party. At approximately 1:30pm, a confidential source and the undercover agent arrived at the agreed upon meeting location, the Lowes at 1746 S. Lynn Riggs Boulevard, Claremore, Oklahoma. This location is in the Northern District of Oklahoma. COFFEY arrived shortly afterward. COFFEY placed two AR-15 rifles in the back seat of the confidential source's vehicle and stated that he had additional firearms available for purchase. COFFEY handed his cell phone to the confidential source and allowed him/her to look at pictures of the firearms that

he had available for purchase. The undercover agent observed multiple pistols, rifles, and shotguns on COFFEY's phone. COFFEY ultimately agreed to sell the AR-15 rifles for $900.

4. At approximately 1:47pm, a white Chevrolet Silverado, bearing Oklahoma license plate NSE238, parked near the confidential source's vehicle. A white male, later identified as Blake "Rowdy" Martin, exited the vehicle and placed a box in the back seat of the confidential source's vehicle and left after saying hello. The undercover agent later looked inside the box and found one kilogram of methamphetamine and one "k-pack" of fentanyl pills. COFFEY stated that he lived in Tulsa, Oklahoma and stored all his firearms in a storage unit, also in Tulsa. While the undercover agent was viewing photographs of firearms on COFFEY's phone, he/she saw a text message from "Rowdy" that read "meet me at 614 W 19th Street South," confirming COFFEY's involvement in the delivery of the narcotics. The undercover agent paid COFFEY $6,100 for the one kilogram of methamphetamine, the one "k-pack" (1000 pills) of fentanyl pills, and the two AR-15 rifles.

5. On May 24, 2023, at approximately 8:57pm, an undercover agent sent a text message to COFFEY on a new telephone number, (xxx) xxx-7760 and said "Hey D, I just spoke to Lee and he gave me your new number. Sounds like we might have some business together next week." Approximately 35 minutes later, COFFEY replied in a text message and discussed completing another firearms sale to the agent. On or about May 29, 2023, COFFEY utilized the encrypted messaging application "Signal" to send multiple photographs to the undercover agent of an AR-15 style

rifle, with what appeared to be a suppressor affixed to the barrel. On or about May 30, at 8:29am, COFFEY sent pictures of what appeared to be a "Tommy Gun" and an AR-15 style rifle, with the suppressor, to the undercover agent. The agent responded to COFFEY's Signal messages asking how much for the firearms COFFEY had available. COFFEY replied with a Signal message stating "[f]or the one with silencer 15 for the tommy 14 for the other ar 650 for the brown 30 ot 6 500 I also have 1 live grenade for 600" "And you know the preces I got a lot more then I thought and if you take them all I will give a big price cut. You get 25 their 75 a piece get all 75 and I will let them go for 50 a piece". The undercover agent replied, "How about $4200 total for the silencer 15, tommy, AR, and 25 coat hangers?" COFFEY then messaged, "Sounds like a deal and I'm going to bring a couple pieces for ak and glocks".

6. At approximately 3:30pm on the same day, two undercover agents arrived at 800 S. Cherokee Street, Catoosa, OK as instructed. This location is in the Northern District of Oklahoma. COFFEY was not at the location when the agents arrived. COFFEY called and told the agents that all the items were in the back of a school bus in the parking lot. The agents looked inside the back of a white school bus parked on the east side of the parking lot and found it to be full of new tools, still in the box. They also noticed a black duffel bag that COFFEY stated contained all the firearms. Eventually, COFFEY arrived at the location driving the same red lifted GMC Sierra that he had previously been observed driving by the FBI. He showed the undercover agents multiple stolen tools before opening a black duffel bag and

showing the guns inside. During the exchange, COFFEY found a hard plastic box, opened it up, pulled a pineapple hand grenade out of it and tossed it to one of the agents. It was painted green and had a large fuse coming from the body. COFFEY stated that it was live and that it would be good to place underneath someone's brake pedal. He also stated that he paid $400 for it because "it might go under somebody's brake." COFFEY began showing firearms to the agents and stated that he had recently shot the suppressed AR-15. He then left the meeting and stated that he would be back soon. COFFEY returned with other individuals involved in the conspiracy and narcotics and firearms were exchanged. The undercover agent later paid COFFEY a total of $5,000 for the firearms and associated materials that were purchased that day.

7.   On or about July 26, 2023, FBI undercover agents met with COFFEY at 140 N. Chouteau Avenue, Chouteau, Oklahoma and purchased nine firearms, five drop-in auto sears (a firearm component that converts a semi-automatic weapon into a fully automatic weapon) for AR style rifles, one "Glock switch" (a firearm component that converts a semi-automatic weapon into a fully automatic weapon), and 210.7 grams of powder fentanyl. An undercover agent had previously agreed to purchase multiple firearms from COFFEY, and he directed them to 140 N. Chouteau Avenue, Chouteau, Oklahoma. This location is in the Northern District of Oklahoma.

8.   On that day, COFFEY arrived at the location. The undercover agents were already inside and speaking with another individual. COFFEY had arranged

for multiple firearms to be spread out on the floor for the agents to view. COFFEY negotiated prices for multiple firearms with the agents. After a price for the firearms were determined, COFFEY then agreed to sell six ounces of powder fentanyl for $800 an ounce. The agents agreed and then COFFEY reached into a cardboard box that he had brought and pulled out a large brick of white powder. After putting on latex gloves, he retrieved a scale and weighed out approximately six ounces and packaged it for the agents. They then paid COFFEY $4,800 for the powder fentanyl.

9. After additional conversations, the agents took the firearms and fentanyl and placed it in their vehicle before leaving the area. In total, the undercover agents paid $13,050 to COFFEY in exchange for the following:

    a. 5 auto sears for ARs;
    b. 1 Glock auto switch;
    c. Glock, model 48, 9x19 caliber pistol SN BLGP315 (STOLEN);
    d. Sig Sauer, model P239, .357 Sig caliber pistol, SN SA4140801 (stolen);
    e. Izhmash, model Saiga 12, 12-gauge shotgun, SN 14605599;
    f. DPMS, model A-15, multi-caliber rifle (chambered in 5.56 NATO), SN FFH210276;
    g. Century Arms, model C93Sporter, 5.56mm caliber rifle, SN C9310497;
    h. Maverick by Mossberg, model 500AG, 12-gauge pistol grip pump-action shotgun, SN MV12622X;
    i. DPMS, model A-15, 5.56 caliber rifle, SN DNWC049863;
    j. Mossberg, model 500AG, 12-gauge pistol grip pump-action shotgun, SN J053149;

k. Aero Precision, model X15, multi-caliber short-barrel rifle (chambered in 5.56 NATO), SN X547163 with attached silencer;
l. assorted ammunition;
m. assorted magazines; and
n. 210.7 grams (gross weight) of powder fentanyl.

## Conclusion

Based on the information set forth in this affidavit, I submit there is probable cause to believe CARL DUANE COFFEY has violated 21 U.S.C. §§ 846 and 841(b)(1)(A)(vi) – Drug Conspiracy; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi) – Distribution of Fentanyl; and U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Distribution of Methamphetamine.

Zach Balser
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to via telephone, this 11 day of August, 2023.

Mark T. Steele
United States Magistrate Judge

7