


FILED

SEP 06 2023

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CARL DUAINE COFFEY,<br><br>    Defendant. | Case No. 23 CR 294 GKF<br><br>**INDICTMENT**<br>[COUNT ONE: 21 U.S.C.<br>§§ 841(a)(1) and 841(b)(1)(A)(viii) –<br>Distribution of Methamphetamine;<br>COUNT TWO: 21 U.S.C.<br>§§ 841(a)(1) and 841(b)(1)(C) –<br>Distribution of Fentanyl] |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)]

On or about April 27, 2023, in the Northern District of Oklahoma, the defendant, **CARL DUAINE COFFEY**, knowingly and intentionally distributed 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT TWO
**[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]**

On or about July 26, 2023, in the Northern District of Oklahoma, the defendant, **CARL DUAINE COFFEY**, knowingly and intentionally distributed fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

CLINTON J. JOHNSON  
United States Attorney

A TRUE BILL

*/s/ Joel-Lyn Mc Cormick*  
JOEL-LYN A. MCCORMICK  
Assistant United States Attorney

*/s/ Grand Jury Foreperson*  
Grand Jury Foreperson