FILED
JAN 29 2024
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARL DUAINE COFFEY,<br><br>Defendant. | Case No. 23-CR-00294-GKF<br><br>INFORMATION<br>[COUNT ONE: 18 U.S.C. §§ 933(a)(1), 933(a)(3), 933(b) – Firearms Trafficking;<br>COUNT TWO: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Distribution of Fentanyl] |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
[18 U.S.C. §§ 933(a)(1), 933(a)(3), 933(b) – Firearms Trafficking]

On or about April 27, 2023, in the Northern District of Oklahoma, the defendant, **CARL DUAINE COFFEY**, did ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm to Individual 1, a person known to the United States, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by Individual 1 would constitute a felony, and did attempt and conspire to do so.

All in violation of Title 18, United States Code, Sections 933(a)(1), 933(a)(3), 933(b).

## COUNT TWO
## [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]

On or about July 26, 2023, in the Northern District of Oklahoma, the defendant, **CARL DUAINE COFFEY**, knowingly and intentionally distributed fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

CLINTON J. JOHNSON
United States Attorney

_____
ADAM C. BAILEY
Assistant United States Attorney